UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| JURIS Z. PUPOLS, | ) | |
| Plaintiff, | ) | |
| | ) | No. 1:21-cv-1043 |
| -v- | ) | |
| | ) | Honorable Paul L. Maloney |
| UNITED STATES DEPARTMENT | ) | |
| OF COMMERCE, *et al.*, | ) | |
| Defendants. | ) | |
| | ) | |

## JUDGMENT

The Court has dismissed this lawsuit because the complaint fails to allege sufficient facts to state a claim.  As required by Rule 58 of the Federal Rules of Civil Procedure, **JUDGMENT ENTERS.**

**THIS LAWSUIT IS TERMINATED.**

**IT IS SO ORDERED.**

Date:    January 5, 2022                    /s/  Paul L. Maloney
                                        Paul L. Maloney
                                        United States District Judge